ROBINSON IMPROVEMENT COMPANY, A FLORIDA CORPORATION, *Appellant,* v. G. D. JACKSON AND A. B. HOYT, *Appellees.*

An appeal made returnable more than ninety days from its entry will be dismissed.

This case was decided by Division A.

Writ of Error to the Circuit Court for Duval County.

The facts in the case are stated in the opinon of the court.

*Kay, Doggett & Smith,* for appellant;

No appearance for appellees.

PER CURIAM.—This is an appeal from an interlocutory order, overruling a demurrer to an amended bill. The appeal was taken and recorded on the 24th day of September, 1907, and "made returnable to the next succeeding term of said supreme court, to-wit: the second Tuesday in January, 1908," considerably more than "ninety days from the date" of the entry of the appeal,

42

in violation of chapter 5638. laws of 1907, as construed and applied in the case of Parker v. Evening News Pub. Co., 54 Fla. 482, 44 South. Rep. 718.

The appeal is dismissed.

SHACKLEFORD, C. J., COCKRELL and WHITFIELD, JJ., concur;

TAYLOR, HOCKER and PARKHILL, JJ., concur in the opinion.